Marotta1234@gmail.com
908 518-0
#3, Westfield, NJ, 07090

I, Anthony Marotta

New Century Financial v. Anthony Marotta

11-1569 (SDW)

was involved in a breach of contract with American Laser in Manhattan N.Y. I borrowed approximately $1,800 from Care Credit-GE Money to finance these medical services. I did not pay the balance (approximately $700) because there were no results at all from the medical services. After about two years of disputes GEMoney-Care Credit stopped phoning and stopped billing me. Many people complained about American Laser yet GEMoney Co. still lends money to people for services which very well may be rendered and fall under a breach of contract.

This bill was sold to several other collection agencies until Pressler & Pressler received it. Eventually, they entered a complaint in the County Court and my attorney at the time, Alexander T. Carola, 1505 Park Place, Springfield NJ, erroneously informed me not to answer (malpractice, legal). Pressler and Pressler sent an intimidating letter to me about a year ago stating that if I don't start making payments on this bill that they were going to seize all my property including ($1200 Nissan Sentra-1996) and a Casio or Yamaha keyboard-musical worth $150.) These are the only items I own (aside from a Guitar $200) and I've been unemployed for approximately 10 years (full time gainfully).

Under mental duress & economic duress I signed this agreement to pay $30 a month for the next 10 years. I believe this to be USURY. $3500 is what Pressler & Pressler is charging me for a bill of $700 - of which services were never received for.

I would like to enter a motion to vacate a default judgment please. I was also served at the wrong address - 634 Stirling Pl, Westfield NJ when for the past 10 years I've been residing at 55B Sandra Circle, Westfield NJ 07090

My income is SSI $872/month and Food stamps $147/month and am a full time student - Union County College. My total expenses for the month usually exceed this and I have great difficulty, at times, reserving enough money for food and other necessaries. I think it is UNCONSCIONABLE for Pressler and Pressler to do this under these circumstances.

Marotta 234 Ramakrishnan BMCA v. Financial
908 518-0876
55B Sandra Circle, 2
Westfield, NJ, 07090
Anthony Marotta

v.

Anthony Marotta

PAGE 2

I feel there may have been an <u>error in law</u> in that I was improperly served at an address for which there is no longer a house (knocked-down) and for which I was not residing, and for other <u>esculpatory</u> evidence which I may be unaware (I'm not an attorney nor a paralegal). I've been unable to obtain adequate representation throughout this legal matter. I can not afford an attorney and legal AID informs me that they will not represent me because they claim I am <u>judgment proof</u>.

Also, as concerns the <u>Entire Controversy Doctrine</u>, I was undergoing a great deal of duress with other legal matters (identity theft, forged check, assault & battery, expulsion from school for something I was found never to have done at both Kean University and at Union County College) at the time I signed this agreement with Pressler & Pressler. I am also cognitively disabled. Will provide documents upon request.

Thank you for taking the time and effort to hear this plea for a motion to vacate a default judgment that Pressler & Pressler obtained because I foolishly listened to my attorney and did not answer a complaint that is based on Medical Malpractice.

If I can be of further assistance please contact me at the above address.

Sincerely
Anthony Marotta

**FORM A**
**NOTICE OF MOTION**

Plaintiff's Name: _Pressler & Pressler LLP_ _New Century Financial_
Address: _7 Entin Road_
City, State and Zip Code: _Parsippany, NJ, 07054-5020_
Telephone No.: _973-753-5100_

vs.

Defendant's Name: _Anthony Marotta_
Address: _55B Sandra Circle, #2_
City, State and Zip Code: _Westfield, NJ, 07090_
Telephone No.: _908 518-0876_

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
_UNION_ COUNTY

DOCKET NO.: _DC014 86407_

CIVIL ACTION

NOTICE OF MOTION

___ I DO NOT request Oral Argument
___ I request Oral Argument

If you requested Oral Argument do you wish to request:

An interpreter: ___ Yes _✓_ No
Indicate Language:

An accommodation for a disability: _✓_ Yes ___ No

Requested accommodation: _Learning Disabled_

PLEASE TAKE NOTICE that I will apply to the Superior Court of New Jersey, Law Division, Special Civil Part _2 Broad Street, Union_ County located at _2 Broad Street_,
(Courthouse Address)
NJ, _____ in the above entitled matter or an Order to:
(Zip code)

___ Permit Discovery                    ___ Amend Judgment
___ Vacate Dismissal/Reinstate           ___ Enter Judgment out of Time
___ Amend Complaint/Amend Answer         _X_ Vacate Default/Vacate Default Judgment
___ Other (Specify)                          (must include answer, any cross-claims or counterclaims
                                              and the applicable fee; see step 6 on page 5)

**NOTICE: IF YOU WANT TO RESPOND TO THIS MOTION YOU MUST DO SO IN WRITING.** Your written response must be in the form of a certification or affidavit. That means that the person signing it swears to the truth of the statements in the certification or affidavit and is aware that the court can punish him or her if the statements are knowingly false. You may ask for oral argument, which means you can ask to appear before the court to explain your position. If the court grants oral argument, you will be notified of the time, date and place. Your response, if any, must be in writing even if you request oral argument. Any papers you send to the court must also be sent to te opposing party's attorney, or the opposing party if not represented by an attorney.

If you do not notify the Clerk and the undersigned in writing within ten (10) days of service of the motion that you object to the entry of the order sought, the court, in its discretion, may enter the order against you without a hearing.

DATE: _12/23/10_                SIGNATURE: _Anthony Marotta_
                                (Check One) ___ Plaintiff _X_ Defendant

(Continued on next page)

FORM A
(Second page)

CERTIFICATION OF SERVICE

I certify that I served a copy of this motion (check one) _____ personally on the person(s) or attorney(s) listed below __X__ by mailing it to the person(s) or attorney(s) listed below by regular and certified mail. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

__Pressler & Pressler LLC__
(Name)

__7010 3090 0001 0412 3315__
(Certified Mail Number)

__7 Entin Road,__
(Address)

__Parsippany, NJ, 07054-5020__
(City, State & Zip Code)

__Anthony Marotta__
(Name)

_____
(Certified Mail Number)

__55B Sandra Circle, #2__
(Address)

__Westfield, NJ, 07090__
(City, State & Zip Code)

_____
(Name)

_____
(Certified Mail Number)

_____
(Address)

_____
(City, State & Zip Code)

_____
(Name)

_____
(Certified Mail Number)

_____
(Address)

_____
(City, State & Zip Code)

DATE: __12/23/10__

SIGNATURE: __Anthony Marotta__
(Type or Print Name): __Anthony Marotta__
(Check One) ____ Plaintiff __X__ Defendant

Revised 07/09/2004, CN 10543-English                    11

FORM B
CERTIFICATION IN SUPPORT OF A MOTION

Plaintiff's Name: Pressler X Pressler LLC
Address: 7 Entin Road,
City, State and Zip Code: Piussippany, NJ, 07054-5020
Telephone No.: 973-753-5100

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
UNION COUNTY
DOCKET NO.: DC 001273-08

CIVIL ACTION

vs.

CERTIFICATION IN SUPPORT OF A MOTION TO

Defendant's Name: Anthony Marotta
Address: 558 Sandra Circle, #2
City, State and Zip Code: Westfield, NJ, 07090
Telephone No.: 908 518-0876

___ Permit Discovery
___ Vacate Dismissal/ Reinstate Complaint
___ Amend Complaint
___ Amend Answer
___ Other (Specify) _____

___ Amend Judgment
___ Enter Judgment Out of Time
X Vacate Default/ Vacate Default Judgment

Anthony Marotta (Your Name), of full age, being the (check one) ___Plaintiff ✓Defendant in the above case, states:

Improperly served. Served to the wrong address.

(You may attach more sheets if you need to, but you must copy the certification language below onto any additional sheets you use, and you must sign and date each additional sheet.)

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATE: 12/23/10

SIGNATURE: Anthony Marotta
(Type or Print Name): Anthony Marotta
(Check One) ___Plaintiff ✓ Defendant

FORM C
ORDER

Pressler X Pressler
Plaintiff's Name
7 Entin Road
Address
Parsippany, NJ, 07054-5020
City, State and Zip Code
Telephone No.: 973-753-5100

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
UNION COUNTY
DOCKET NO. DC 001273-08

v.

Anthony Marotta
Defendant's Name
5513 Sandra Circle, #2
Address
Westfield, NJ, 07090
City, State and Zip Code
Telephone No.: 908 578-0876

CIVIL ACTION
ORDER

This matter being opened to the court by __Anthony Marotta__ the (check one) __Plaintiff X Defendant in the matter by way of (Your name) motion seeking an order to:

____ Permit Discovery
____ Vacate Dismissal/Reinstate Complaint
____ Amend Complaint
____ Amend Answer
____ Other (Specify)_____

____ Amend Judgment
____ Enter Judgment out of Time
__✓__ Vacate Default/Vacate Default Judgment

and the court having considered the motion, pleadings on file and/or argument of the moving party and for good cause appearing;

**(Do not write below this line- for court use only)**

On this ____ day of _____ 20__:

it is ORDERED that

_____
_____
_____
_____
_____
_____
_____

It is FURTHER ORDERED that a copy of this Order be served by the moving party upon all other parties or their attorneys, if any, within _____ days of the date listed above.

The motion was:
__ Opposed __ Unopposed

_____, J.S.C.

Revised 07/09/2004, CN 10543-English

13

Superior Court Of New Jersey
Law Division, Special Civil Part

Pressler & Pressler
Plaintiff's Name

Union _____ County

7 Entin Road
Street Address

Docket No. DC01486407

Parsippany, NJ, 07054-5020
Town, State, Zip Code

973 - 753 - 5100
Telephone Number

vs.

Anthony Marotta
Defendant's Name

CIVIL ACTION

Answer

55B Sandra Circle, 2
Street Address

Westfield, NJ, 07090
Town, State, Zip Code

908 518-0876
Telephone Number

Check the appropriate statement or statements below which set forth why you claim you do not owe money to the plaintiff.

_____ (1) The good or services were not received.
_____ (2) The goods or services received were defective.
_____ (3) The bill has been paid.
_____ (4) I/We did not order the goods or services.
_____ (5) The dollar amount claimed by the plaintiff(s) is incorrect.
_____ (6) Other – Set forth any other reasons why you believe money is not owed to the plaintiff(s). (You may attach more sheets if you need to.)
         Improperly served, ar wrong address
         my address was not 634 Sheling Place, Westfield in
         2001 to the present

   X   Trial by jury requested; an extra $50 check or money order is enclosed.

At the trial Defendant requests:
An interpreter:                          ___ Yes  X No    Indicate Language: _____
An accommodation for a disability:       X Yes   ___ No    Requested accommodation: learning disabled
                                                                                     heart condition

I certify the matter in controversy is not the subject of any other court action or arbitration proceeding now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

I further certify that this answer was served on all other parties within 35 days of the date the summons and complaint were mailed to me as indicated on page 2 of the summons.

Dated: 12/29/10

Anthony Marotta
Defendant's Signature

Anthony Marotta
Defendant's Name – Type or Printed

Revised 09/1/2009, CN 10542-English (How to Answer a Complaint in the Special Civil Part)