AO 240A

# UNITED STATES DISTRICT COURT

District of New Jersey

| Plaintiff | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT |
|---|---|

ANTHONY MAROTTA

V.

PRESLLER & PRESSLER

Defendant        Case Number: 11cv1569

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _This matter arises out of an action in the Union County Superior Court. This court has no jurisdiction over the subject matter._

☒ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 23RD day of March, 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer